AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

CHARLES LAMBERT

APPEARANCE

CASE NUMBER: 1:05-M-134M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT CHARLES LAMBERT

I certify that I am admitted to practice in this court.

11/9/05

*Date*

[signature]

*Signature*

JAMES T. MCCORMICK 2614

*Print Name* *Bar Number*

128 DORRANCE ST, ROOM 330

*Address*

PROVIDENCE RI 02903

*City* *State* *Zip Code*

831-2970 751-1797

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher