1089134

AO 442 (Rev. 5/93) Warrant for Arrest

KM

RECEIVED
NOV 0 8 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

CHARLES LAMBERT

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-134M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CHARLES LAMBERT
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

KNOWINGLY AGREEING AND CONSPIRING WITH OTHERS TO DEFRAUD FINANCIAL INSTITUTIONS AND OBTAIN MONEYS, FUNDS AND OTHER PROPERTY OWNED BY AND UNDER THE CUSTODY AND CONTROL OF A FINANCIAL INSTITUTION BY MEANS OF FALSE AND FRAUDULENT PRETENSES, REPRESENTATIONS AND PROMISES

in violation of Title 18 United States Code, Section(s) 1344, 371

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

11-08-2005 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Providence Place Mall by USSS | | |
| DATE RECEIVED 11/08/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Chal Wyant |
| DATE OF ARREST 11/09/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.