AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA

V.

Charles Lambert

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:05-M-134M

I, Charles Lambert, charged in a (complaint) (petition) pending in this District with Bank Fraud and Conspiracy to Commit Offense or to Defraud United States in violation of Title 18, U.S.C., 1344, 371, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

11/18/05
Date

[signature] # 6848
Counsel for Defendant

SCANNED