FILED
FEB 0 8 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
FEB 09 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 05-M-134M |
| | ) | |
| | ) | |
| CHARLES LAMBERT | ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the defendant and moves to modify the conditions of his release. The defendant specifically seeks permission to travel outside the District of Rhode Island for purposes of visiting with his stepmother. In support of said motion, the defendant submits the attached memorandum of law.

Counsel for the defendant has also spoken with Lee Vilker of the US Attorney's office and he has no objection to this motion.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount.

There has been no previous delay related to the subject matter of this motion, which is excludable.

GRANTED.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
February 13, 2006