O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
CHARLES LAMBERT

WAIVER OF INDICTMENT

CR 06 33-01S

CASE NUMBER:

I, CHARLES LAMBERT, the above named defendant, who is accused of

KNOWINGLY, WILLFULLY AND INTENTIONALLY COMBINING, CONSPIRING AND AGREEING WITH OTHERS TO DEFRAUD A FINANCIAL INSTITUTION AND TO OBTAIN MONEYS, FUNDS AND OTHER PROPERTY OWNED BY AND UNDER THE CUSTODY AND CONTROL OF A FINANCIAL INSTITUTION BY MEANS OF FALSE AND FRAUDULENT PRETENSES, REPRESENTATIONS AND PROMISES IN VIOLATION OF 18 U.S.C. SECTION 1344

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on MARCH 9, 2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Charles Lambert
Defendant

Robert B. Mann
Counsel for Defendant

Before David L Martin
Judicial Officer USMJ