AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

CHARLES LAMBERT

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 06-33-02S

(Name and Address of Defendant)

CHARLES LAMBERT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>Thursday, March 9, 2006 at 10:00 a.m. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1349

Brief description of offense:

Bank Fraud

RECEIVED

MAR 0 6 2006

US MARSHALS
RHODE ISLAND

Signature of Issuing Officer

March 6, 2006
Date

Martha Saucier , Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 3/9/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: US Courthouse, Magistrate Court Providence, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/9/06
Date

Burton Stallwood
Name of United States Marshal

Robert D Young
(by) Deputy United States Marshal

Remarks: Δ's Atty (Bob Mann) Previously Served by FAX

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2006 MAR -9 P 1:17

FILED