UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 06-33S

CHARLES LAMBERT

[redacted]

Now comes Attorney James T. McCormick who hereby withdraws his appearance as counsel for Defendant Charles Lambert.

**James T. McCormick (#2614)**
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

Dated: March 16, 2006