FILED
JUN 30 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 06-33-02S |
| | ) | |
| CHARLES LAMBERT | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the defendant and moves to modify the conditions of his release. The defendant specifically seeks permission to travel outside the District of Rhode Island for purposes of visiting with his stepmother, brother and his stepmother's husband. The defendant seeks permission to travel to Indiana, leaving July 6, 2006 and returning July 12, 2006. Defendant will be staying with his stepmother Ramona Harrell Wilcox at 15851 Lake Shore Drive, Granger, Indiana 46530.

For all of the reasons set forth above, the defendant requests that his motion to modify conditions of release be granted.

Granted
David L. Martin
USMJ
7-5-06

Charles Lambert
By his Attorneys,

Robert B. Mann

Robert B. Mann #0153
Camille A. McKenna #6848
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Lee Vilker at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or his office and to Charlene Tryhubczak, United States Probation Office, Two Exchange Terrace, Providence, RI 02903 or her office on the 30 day of June, 2006.