UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 06-33-02S |
| | ) | |
| | ) | |
| CHARLES LAMBERT | ) | |

MOTION FOR RETURN OF BAIL

Now comes the defendant and moves that the bail in his case be returned to him. The defendant has surrendered and is serving his sentence.

Counsel for the defendant has also spoken with Lee Vilker of the U.S. Attorney's office and he has no objection to this motion.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The Speedy Trial Act does not appear to be implicated by this motion.

Charles Lambert
By his Attorneys,

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

**CERTIFICATION**

I hereby certify that on this lst day of September, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Lee Vilker, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 06-33-02S |
| | ) | |
| | ) | |
| CHARLES LAMBERT | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RETURN OF BAIL**

The defendant has moved for the return of his bail in this case. The Government has no objection and the defendant has surrendered and is serving his sentence. For these reasons, the defense asks that the motion be granted.

Charles Lambert
By his Attorneys,

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

**CERTIFICATION**

I hereby certify that on this lst day of September, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Lee Vilker, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net