UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
SEP 11 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
V. ) Case No. 06-33-02S
)
CHARLES LAMBERT )

ORDER

In the above entitled matter, defendant's motion for return of bail is granted. Said bail shall be returned to:

Charles Lambert
Inmate Register No. 05678-070
P.O. Box 879
Devens, Mass. 01432

Enter:

David L. Martin
USMJ 9-12-06

Per Order:

Martha Saucier

Presented by:

Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
One Turks Head Place, Suite 501
Providence, RI 02903
401-351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Lee Vilker at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 11th day of September, 2006.